824

No. 211. United Bond & Mortgage Corp. *v.* Crown Central Petroleum Corp. C. A. 4th Cir. Certiorari denied. *N. Welch Morrisette, Jr.,* for petitioner. *Irvine F. Belser* for respondent.

No. 213. Cahn *v.* Nicholas, Trustee. C. A. 5th Cir. Certiorari denied. *Richard R. Booth* for petitioner.

No. 218. Purex Corp., Ltd., et al. *v.* St. Louis National Stockyards Co. C. A. 7th Cir. Certiorari denied. *Lon Hocker* for petitioners. *John C. Shepherd* for respondent.

No. 220. Walker *v.* California. Ct. App. Cal., 3d App. Dist. Certiorari denied. *Clarence H. Pease* for petitioner.

No. 222. Sisko *v.* Southern Resin & Fiberglass Corp. C. A. 5th Cir. Certiorari denied. *Francis D. Thomas, Jr.,* and *George N. Hibben* for petitioner. *Charles Buchanan Smith* for respondent.

No. 226. Collins et al. *v.* Tennessee. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 238. Tax Review Board of Philadelphia *v.* Esso Standard Division of Humble Oil & Refining Co. Sup. Ct. Pa. Certiorari denied. *Levy Anderson* for petitioner. *Park B. Dilks, Jr.,* for respondent.